IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-090
)
ROY MOBLEY, )
)
Defendant. )

## ORDER

Before the Court is Defendant's Motion to Withdraw Guilty Plea. (Doc. 40.) After careful consideration of both Defendant's motion and the record in this case, the Court finds that the motion is without merit. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 14th day of February 2017.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 FEB 15 AM 8:55
CLERK
SO. DIST. OF GA.