**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION**

U.S. DISTRICT COURT
SAVANNAH DIV.

2017 MAR 14 PM 2: 40

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR416-090 |
| | ) | |
| ROY MOBLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**O R D E R**

Before the Court is Defendant's Motion to Dismiss Indictment. (Doc. 46.) After careful consideration of both Defendant's motion and the record in this case, the Court finds that the motion is without merit. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this _14th_ day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA